UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 17-1564-MWF(AJWx)**                            Dated: **April 24, 2017**

Title:       Lourdes Andrade, et al. -*v*- Discovery Financial Services

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                      None Present
    Relief Courtroom Deputy                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                   None Present

PROCEEDINGS (IN CHAMBERS):       COURT ORDER

     In light of the Notice of Settlement filed April 21, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 19, 2017, at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**